UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:13-CV-01019-H

JEREMY WATKINS                                                                                         PLAINTIFF

v.

DON BOTTOMS                                                                                          DEFENDANT

**MEMORANDUM OPINION AND ORDER**

Petitioner, Jeremy Watkins, has filed a petition for writ of habeas corpus challenging his 2011 conviction for sexual abuse in the first degree. The matter was referred to the Magistrate Judge for Findings of Fact, Conclusions of Law and a Recommendation, who recently, recommended that the petition be denied. Petitioner has not responded with any objections to the Magistrate Judge's report. The Court has reviewed the Magistrate Judge's report and agrees with its Findings of Fact, Conclusions of Law and its Recommendation.

Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the Court accepts the Magistrate Judge's recommendation and the petition for writ of habeas corpus is hereby DENIED and this case is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that a certificate of appealability is DENIED as to all issues pursuant to 28 U.S.C. § 2253(c).

cc: Jeremy Watkins, *Pro Se*
    Counsel of Record
    Magistrate Judge Dave Whalin